Winifred Titus Sentel, Plaintiff-Appellee, v. Lula P. James, Defendant-Appellant.

Gen. No. 10,140. 

Third District.
February 21, 1958.
Released for publication March 10, 1958.

 Francis R. Wiley, and John F. Regan, of Decatur, for appellant. James M. McLaughlin, of Sullivan, and J. E. Horsley, of Mattoon (John E. Gambill, of Mattoon, of counsel) for appellee. Opinion by JUDGE ROETH. Not to be published in full.